THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00504-KS

| | |
|---|---|
| TONI VERONICA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR PAYMENT OF |
| v. ) | ATTORNEY FEES & COSTS |
| ) | UNDER THE EQUAL ACCESS TO |
| ) | JUSTICE ACT |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $7,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, Esquire, Arrowood & Hall, PLLC, P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 7th day of January 2026.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE